United States District Court
Southern District of Texas
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

APR 0 5 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROSALINDA RINEHART | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-060 |
| | § | |
| STATE FARM MUTUAL | § | |
| AUTOMOBILE INSURANCE CO. | § | |

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, **STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.**, Defendant in the above entitled and numbered cause, and files this its Notice of Removal of the present cause from the County Court at Law No. Two of Cameron County, Texas, in which it is now pending, to the United States District Court for the Southern District of Texas, Brownsville Division, showing the Court as follows:

1. This cause was commenced in the County Court at Law No. Two of Cameron County, Texas on March 18, 2004, when Plaintiff's Original Petition was filed in Cause Number 2004-CCL-347-B. A copy of said petition is attached hereto and incorporated herein for all purposes to this Notice of Removal.

2. Defendant State Farm Mutual Automobile Insurance Co. was served with a copy of Plaintiff's Original Petition through its attorney, Jerry B. Jensen, 8900 Amberglen Blvd., Austin, Texas 78729. A copy of the Citation served on Defendant indicating the date of service is attached hereto and incorporated herein for all purposes.

Page 1

3.  This is a civil action for damages and injuries allegedly incurred by Plaintiff as a result of an existing insurance contract with the Defendant, when her vehicle was stolen on or about December 27, 2003.  This lawsuit concerns whether the Plaintiff was covered for the alleged theft of her vehicle.

Plaintiff alleges cause of action for breach of contract under the Uniform Declaratory Judgment Act, Texas Civil Practice and Remedies Code § 37.004 in that the policy constituted a written contract between the parties.

4.  Plaintiff alleged in Plaintiff's Original Petition that she is a resident of Cameron County, Texas.  Plaintiffs are therefore citizens of Texas.

5.  Defendant State Farm Mutual Automobile Insurance Co. is a foreign corporation, incorporated in the State of Illinois, with its principal place of business in Bloomington, Illinois.

6. Defendant is entitled to removal since there is complete diversity jurisdiction in this case under 28 U.S.C. § 1332(a) since the Plaintiff is not a citizen of the same state in which the Defendant was either incorporated in or the state in which it has its principle place of business.  *Safeco Ins. Co. v. City of White House*, 36 F.3d 540, 545 (6th Cir. 1994); *Getty Oil Corp. v. Insurance Co. of N. Am.*; 841 F.2d 1254, 1258 (5th Cir. 1988); *In re First Nat'l Bank*; 70 F.3d 1184, 1188 (11th Cir. 1995); *Indiana Hi-Rail Corp v. Decatur Junction Ry.* 37 F.3d 363, 365 n.3 (7th Cir. 1994).

7.  For the purposes of federal removal jurisdiction pursuant to 28 U.S.C. § 1441, complete diversity of citizenship existed at the time this lawsuit was filed and now exists between the adverse parties in the present cause.

8.  Defendant would show the Court that the amount in controversy exceeds $75,000.00, exclusive of interest of costs.

9. Upon filing of this Notice of Removal of this cause, written notice of the filing by petitioner to Plaintiff and her counsel has been provided as required by law. A copy of this notice is also being filed with the Clerk of the State Court in which this cause was originally filed.

10. This Notice of Removal is timely filed in accordance with 28 U.S.C. § 1446(b), in that it is filed within thirty (30) days of service of Plaintiff's Original Petition on Defendant and within one year of the initial filing of the lawsuit.

11. Defendant hereby requests a trial by jury.

WHEREFORE, PREMISES CONSIDERED, Defendant prays for removal of the above entitled and numbered cause from the County Court at Law No. Two of Cameron County, Texas to this Honorable Court.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas 78520
TEL/ (956) 542-5666
FAX/ (956) 542-0016

By: _____

**D. ALAN ERWIN, JR.**
State Bar No. 06653020
Federal I.D. No. 20471
ATTORNEY FOR DEFENDANT

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the Notice of Removal was served upon all counsel of record, to-wit:

Frank Costilla
Alejandro J. Garcia
**LAW OFFICE OF FRANK COSTILLA, L.P.**
5 East Elizabeth Street
Brownsville, Texas 78520

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the __29th__ day of __March__, 2004.

**D. ALAN ERWIN, JR.**
Attorney at Law

Page 4

## <u>VERIFICATION</u>

THE STATE OF TEXAS :
        :
COUNTY OF CAMERON :

   BEFORE ME, the undersigned authority on this day personally appeared **D. ALAN ERWIN, JR.** who being by me duly sworn, on his oath deposed as follows:

  1.  I am the attorney for **STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.,** Defendant in the above referenced cause.

  2.  I am fully authorized and competent to make this Affidavit.

  3.  I am familiar with the contents of the above, and to the best of my knowledge, the factual statements set out in the foregoing Notice of Removal are true and correct.

                 **D. ALAN ERWIN, JR.**

SUBSCRIBED AND SWORN TO BEFORE ME on this the __29th__ day of __March__, 2004.

                 NOTARY PUBLIC, STATE OF TEXAS

NANCY C. GONZALEZ
Notary Public, State of Texas
My Commission Expires
February 24, 2005

**Page 5**

PAGE: 01

2004-CCL-00347-B

03    18    04

* * * * *   C L E R K ' S   E N T R I E S   * * *

(00456304) ALEJANDRO GARCIA

(01)

SUIT ON AUTO INSURANCE

03/18/04  ORIGINAL PETITION FILED
03/18/04  CITATION: STATE FARM MUTUAL AUTOMOBILE
          INSURANCE C
03/18/04    SERVED:
03/18/04  CITATIONS TAKEN BY RUNNER
                    *GG

E INSURANCE CO.

CAUSE NO. 04-CCL-347-B

| | | |
|---|---|---|
| ROSALINDA RINEHART | § | IN THE COUNTY COURT |
|     Plaintiff | § | |
| | § | |
| **v.** | § | AT LAW NUMBER 1 |
| | § | |
| STATE FARM MUTUAL | § | JOE G. RIVERA |
| AUTOMOBILE INSURANCE CO. | § | CAMERON COUNTY CLERK |
|     Defendant | § | CAMERON COUNTY, TEXAS |

FILED FOR RECORD
AT _____ O'CLOCK ___ M
MAR 1 3 2004
BY _____ Deputy

## PLAINTIFF'S ORIGINAL PETITION FOR DECLARATORY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff ROSALINDA RINEHART petitions the Court, pursuant to the Declaratory Judgments Act, Chapter 37 of the Texas Civil Practice and Remedies Code, for declaration that Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., is liable for insurance coverage under the provisions of its policy with Plaintiff, and in support of the petition, Plaintiff would respectfully show unto the Court the following, to-wit:

### I. DISCOVERY CONTROL PLAN

1.     Discovery in this case is intended to be conducted under Level 2, as provided by the provisions of Rules 190.1 and 190.3 of the Texas Rules of Civil Procedure.

### II. PARTIES

2.     PLAINTIFF ROSALINDA RINEHART is an individual residing in Brownsville, Cameron County, Texas.

3.     DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, is a business located in Bloomington, Illinois, and licensed to sell insurance in Texas. Defendant may be served with process by delivering to Defendant's Attorney for Service a true and correct copy of

the citation with a copy of the petition attached thereto to:

**Jerry B. Jensen**
**8900 Amberglen Blvd.**
**Austin, Texas 78729**

## III. JURISDICTION AND VENUE

4.      Venue is proper under V.T.C.A., Civil Practice & Remedies Code § 15.002(a)(1), because Cameron County is the county in which all or a substantial part of the events or omissions giving rise to this claim occurred. Specifically, the agreement and written insurance policy giving rise to this claim was issued and executed in Cameron County.

## IV. FACTUAL ALLEGATIONS

5.      On or about December 27, 2003, Plaintiff's 2003 Chevrolet Tahoe, VIN No. 1GNEK13Z43R161233 was stolen in Matamoros, Mexico. The vehicle was parked well within a 25-mile proximity of the U.S.-Mexico border. Immediately thereafter, Plaintiff reported the stolen vehicle to her local State Farm agent, Kay Conly, and submitted a claim under her automobile insurance policy R306-915-53T. Plaintiff received correspondence from State Farm discussing an investigation of the case and after a lengthy delay, Plaintiff was notified by State Farm Claim Manager John Sparkes on March 2, 2004 that State Farm would deny coverage.

6.      State Farm's bad faith refusal to provide coverage and the undue delay in investigating the case is based on the following policy provision:

> The coverages for your covered auto provided by this policy are extended to accidents occurring in Mexico within 25 miles of the United States border. This extension only applies for infrequent trips into Mexico that do not exceed ten days at any one time.

This provision is found on page 22 of the policy under the subject heading "Mexico Coverage – Limited Warning". A copy of the policy is attached hereto as Exhibit A. Plaintiff's vehicle was well

within the 25 miles of the U.S. border and was for an infrequent trip into Mexico that did not exceed ten days.

7.      Defendant's refusal to provide coverage has created a serious crisis for Plaintiff because of the financial obligation she owes to the vehicle lienholder, GMAC.

### V. RELIEF SOUGHT

8.      The factual allegations set forth above reflect the existence of the justiciable controversy that exists between Plaintiff and Defendant with regard to the construction of Plaintiff's auto liability policy.  Defendant is obligated to provide coverage for the stolen vehicle but refuses.  As the policyholder, Plaintiff has a justiciable interest in the subject matter of this lawsuit. Moreover, the policy constitutes a written contract between the parties and is therefore a matter within the scope of the Uniform Declaratory Judgments Act, Texas Civil Practice and Remedies Code § 37.004. Accordingly, Plaintiff seeks relief under the statute with respect to her rights and status under the policy.  Plaintiff further requests that this Court, upon review of the policy, declare that Defendant is required to provide coverage as a matter of law.

### VI. ATTORNEY'S FEES

9.      Plaintiff has been forced to retain the Law Offices of Frank Costilla, L.P. to represent her in this action and has agreed to pay the firm reasonable and necessary attorney's fees. An award of reasonable and necessary attorney's fees and costs to Plaintiff would be equitable and just and therefore authorized by Section 37.009 of the Texas Civil Practice and Remedies Code.

### VII. PRAYER

WHEREFORE, Plaintiff requests that the Defendant be cited to appear and answer herein, and that on final hearing, this Court enter judgment declaring that the insurance policy at issue

Plaintiff's Original Petition for Declaratory Judgment                                                    Page 3

requires Defendant to provide full and complete coverage for her stolen vehicle and that Plaintiff

is entitled to reasonable and necessary attorney's fees, costs of suit and such other and further relief

to which Plaintiff may be justly entitled.

Respectfully submitted,

**LAW OFFICES OF FRANK COSTILLA, L.P.**
5 East Elizabeth Street
Brownsville, Texas 78520
Telephone:      (956) 541-4982
Facsimile:      (956) 544-3152

Frank Costilla
State Bar No. 04856500
Alejandro J. Garcia
State Bar No. 24004663

**ATTORNEYS FOR PLAINTIFF
ROSALINDA RINEHART**

*in person*
*PCB*
*03-19-'04*

Citation for Personal Service  - GENERAL                    Lit. Seq. # 5.002.01

No. 2004-CCL-00347-B

T H E   S T A T E   O F   T E X A S

COPY

MAR 19 2004
RECEIVED

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If
you or your attorney do not file a written answer with the clerk who issued this
citation by 10:00 A.M. on the Monday next following the expiration of twenty
days after you were served this citation and petition, a default judgment may be
taken against you."

TO:  STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.
     BY SERVING ATTORNEY FOR SERVICE: JERRY B. JENSEN
     8900 AMBERGLEN BLVD.
     AUSTIN, TEXAS 78729

the    DEFENDANT    , GREETING:

You are commanded to appear by filing a written answer to the Plaintiff's
ORIGINAL PETITION FOR DECLARATORY JUDGMENT

at or before 10:00 o'clock A.M. of the Monday next after the expiration of 20
days after the date of service of this citation before the Honorable County
Court At Law No. 2 of Cameron County at the Court House of said county in
Brownsville, Texas.

Said Plaintiff's Petition was filed in said court, by
ALEJANDRO GARCIA              (Attorney for Plaintiff or Plaintiff),
whose address is P. O. BOX 4417 BROWNSVILLE TX  78520
on the 18th day of   MARCH   , A.D. 2004, in this case numbered 2004-CCL-00347-B
on the docket of said court, and styled,

ROSALINDA RINEHART
vs.
STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.

The nature of Plaintiff's demand is fully shown by a true and correct copy
of Plaintiff's          ORIGINAL PETITION FOR DECLARATORY JUDGMENT

accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to
requirements of law, and the mandates thereof, and make due return as the law
directs.

Issued and given under my hand and seal of said Court at Brownsville,
Texas, this the 18th day of   MARCH   , A.D. 2004.

JOE G. RIVERA         , County Clerk
Cameron County
974 E. Harrison St.
(P.O. Box 2178)
Brownsville, Texas 78522-2178

By                          Deputy
GABRIELA GARZA

R E T U R N   O F   O F F I C E R

Came to hand the _____ day of _____, _____ at _____ o'clock ___.M., and
executed (not executed) on the _____ day of _____, _____, by delivering to

in person a true copy of this citation, upon which I endorsed the date of
delivery, together with the accompanying copy of the _____

Cause of failure to execute this citation is: _____

FEES serving 1 copy
                                   Sheriff/Constable _____ County, Texas
Total....... $_____
                                   By _____, Deputy
Fees paid by:_____

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ROSALINDA RINEHART | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. **B - 0 4 - 0 6 0** |
| | § | |
| STATE FARM MUTUAL | § | |
| AUTOMOBILE INSURANCE CO. | § | |

**NOTICE TO THE PLAINTIFF OF**
**FILING OF NOTICE OF REMOVAL**

TO:    **ROSALINDA RINEHART,**
         Plaintiff and her attorneys:

         Frank Costilla
         Alejandro J. Garcia
         **LAW OFFICE OF FRANK COSTILLA, L.P.**
         5 East Elizabeth Street
         Brownsville, Texas 78520

         PURSUANT to Title 28 U.S.C., Section 1446(d), as amended, you are hereby notified that

on the ___29th___ day of _March_, 2004, in the above styled and numbered cause (being Cause Number

2004-CCL-347-B in the County Court at Law No. Two of Cameron County, Texas), STATE FARM

MUTUAL AUTOMOBILE INSURANCE CO. filed its Notice of Removal in the United States

District Court for the Southern District of Texas, Brownsville Division.  Copies of such Notice and

other papers so filed are attached hereto.

Page 1

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas 78520
TEL/ (956) 542-5666
FAX/ (956) 542-0016

By: _____
**D. ALAN ERWIN, JR.**
State Bar No. 06653020
Federal I.D. No. 20471
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Removal was served upon all

counsel of record, to-wit:

Frank Costilla
Alejandro J. Garcia
**LAW OFFICE OF FRANK COSTILLA, L.P.**
5 East Elizabeth Street
Brownsville, Texas 78520

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to

the Federal Rules of Civil Procedure, on this the __29th__ day of __March__, 2004.

_____
**D. ALAN ERWIN, JR.**
Attorney at Law

Page 2

CAUSE NO. 2004-CCL-347-B

| | | |
|---|---|---|
| ROSALINDA RINEHART | § | IN THE COUNTY COURT |
| | § | |
| VS. | § | AT LAW NO. TWO |
| | § | |
| STATE FARM MUTUAL | § | |
| AUTOMOBILE INSURANCE CO. | § | CAMERON COUNTY, TEXAS |

## NOTICE TO THE COUNTY CLERK OF
## FILING OF NOTICE OF REMOVAL

TO:   HONORABLE JOE G. RIVERA
      County Clerk of Cameron County
      Cameron County Courthouse
      974 E. Harrison
      Brownsville, Texas 78520

You will please take notice that Defendant State Farm Mutual Automobile Insurance Co. has filed in the United States District Court for the Southern District of Texas, Brownsville Division, a notice of removal of the cause styled: Rosalinda Rinehart v. State Farm Mutual Automobile Insurance Co., originally filed in the County Court at Law No. Two of Cameron County, Texas, Cause No. 2004-CCL-347-B, to the United States District Court for the Southern District of Texas, Brownsville Division., and that a true and correct copy of said Notice of Removal is being filed with the Clerk of the County Court at Law No. Two to thereby effect a removal to said District Court of the United States, and that the State Court shall proceed no further, unless the cause is remanded.  A copy of said notice of removal is attached to this notice.

Page 1

WITNESS the signature of Defendant, through its attorney, on this the ___29th___ day of
_March_ , 2004.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas 78520
TEL/ (956) 542-5666
FAX/ (956) 542-0016

By: _____

**D. ALAN ERWIN, JR.**
State Bar No. 06653020
Federal I.D. No. 20471
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Removal was served upon all
counsel of record, to-wit:

Frank Costilla
Alejandro J. Garcia
**LAW OFFICE OF FRANK COSTILLA, L.P.**
5 East Elizabeth Street
Brownsville, Texas 78520

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to
the Federal Rules of Civil Procedure, on this the ___29th___ day of ___March___, 2004.

_____
**D. ALAN ERWIN, JR.**
Attorney at Law

Page 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| **ROSALINDA RINEHART** | § |
| | § |
| **VS.** | § CIVIL ACTION NO. **B-04-060** |
| | § |
| **STATE FARM MUTUAL** | § |
| **AUTOMOBILE INSURANCE CO.** | § |

**INDEX OF ATTORNEYS**

1.     Frank Costilla
    State Bar No. 04856500
    Alejandro J. Garcia
    State Bar No. 24004663
    Law Office of Frank Ccostilla, L.P.
    5 East Elizabeth Street
    Brownsville, Texas 78520
    TEL/ (956) 541-4982
    FAX/ (956) 544-3152
    ATTORNEY FOR PLAINTIFF

2.     D. Alan Erwin, Jr.
    State Bar No. 06653020
    Federal I.D. No. 20471
    Roerig, Oliveira & Fisher, L.L.P.
    855 W. Price Road, Suite 9
    Brownsville, Texas 78520
    TEL/ (956) 542-5666
    FAX/ (956) 542-0016
    ATTORNEY FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSALINDA RINEHART | § | |
| | § | B-04-060 |
| VS. | § | CIVIL ACTION NO. _____ |
| | § | |
| STATE FARM MUTUAL | § | |
| AUTOMOBILE INSURANCE CO. | § | |

## INDEX OF DOCUMENTS FILED

1.  Civil Cover Sheet

2.  Notice of Removal with following attachments:

    a.  State Court's Docket Sheet
    b.  Plaintiff's Original Petition for Declaratory Judgment
    c.  Citation served on State Farm Mutual Automobile Insurance Co.

3.  Notice to Plaintiff of Filing of Notice of Removal

4.  Notice to County Clerk of Filing Notice of Removal

5.  Index of Attorneys

6.  Index of Documents Filed

7.  Order for Conference and Disclosure of Interested Parties

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **ROSALINDA RINEHART** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. _____** |
| | § | |
| **STATE FARM MUTUAL** | § | |
| **AUTOMOBILE INSURANCE CO.** | § | |

## ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES

1.  Counsel shall appear for an initial pretrial and scheduling conference before

U.S. Jude _____

on _____, 2004, at _____ o'clock _____.m.

at the United States District Courthouse

Brownsville, Texas

(conference may be held telephonically if requested)

2.  Counsel shall prepare and file with the clerk within fifteen days from receipt of this order a certificate listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation. If group can be specified by a general description, individual listing is not necessary. <u>Underline the name of each corporation whose securities are publicly traded</u>. If new parties are added or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pending of this litigation, then each counsel shall promptly file an amended certificate with the clerk.

3.  Fed. R. Civ. P. 4(m) requires defendant(s) to be served within 120 days after the filing of the complaint. The failure of plaintiff(s) to file proof of service within 120 days after the filing of the complaint may result in dismissal of this action by the court on its own initiative.

4.  After the parties meet as required by Fed. R. Civ. P. 26(f), counsel shall prepare and file not less than 10 days before the conference, a joint report of meeting and joint discovery/case management plan containing the information required on the attached form.

5.  The Court will enter a scheduling order and may rule on any pending motions at the conference.

Page 1

6.    Counsel who file(s) or remove(s) an action *is responsible for providing the other parties with a copy of this order and in addition* must serve a copy of this order with the summons and complaint or with the notice of removal.

7.    Attendance by an attorney who has authority to bind the party is required at the conference.

8.    Counsel shall discuss with their clients and each other whether alternative dispute resolution is appropriate and at the conference shall advise the Court of the results of their discussions.

9.    A person litigating pro se is bound by the requirements imposed upon counsel in this Order.

10.    Failure to comply with this order may result in sanctions, including dismissal of the action and assessment of fees and costs.


By Order of the Court