United States District Court
Southern District of Texas
FILED

APR 0 5 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

Rosalinda Rinehart

VS.

State Farm Mutual Automobile Insurance Co.

§
§
§
§
§

CIVIL ACTION NO. B-04-060

ORDER FOR CONFERENCE
AND
DISCLOSURE OF INTERESTED PARTIES

1. Counsel or Pro Se Party shall appear for an initial pretrial and scheduling conference before:
The Honorable John Wm. Black
United States Magistrate Judge
on July 6, 2004 at 1:30 P.M.
in the Second Floor Courtroom, No. 2
United States Federal Courthouse
600 E. Harrison Street
Brownsville, Texas

2. After the parties meet as required by Fed.R.Civ.P.26(f), counsel shall prepare and file, not less than 10 days before this conference the JOINT REPORT ON MEETING REQUIRED BY RULE 26(f) AND JOINT DISCOVERY/CASE MANAGEMENT PLAN attached to this ORDER.

3. Counsel shall file with the clerk within 15 days from receipt of this ORDER a certificate listing all persons, associations of persons, firms, partnership, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation. If a group can be specified by a general description, individual listing is not necessary. <u>Underline the name of each corporation whose securities are publicly traded.</u> If new parties are added or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, then each counsel shall promptly file an amended certificate with the clerk.

4. The court will enter a scheduling order and may rule on any pending motions at the conference.

5. The Plaintiff(s), or the party removing this suit from state court, **SHALL SERVE THE OPPOSING PARTY OR PARTIES** with copies of:
   a. this ORDER FOR CONFERENCE,
   b. the form for the JOINT REPORT ON MEETING REQUIRED BY RULE 26(f) AND JOINT DISCOVERY/CASE MANAGEMENT PLAN,

6. These papers **SHALL BE SERVED CONTEMPORANEOUSLY WITH THE SUMMONS AND COMPLAINT.**

7. The parties will be bound by the provisions contained in this ORDER, the papers mentioned in No. 4 above, and the dates set out in the scheduling order to be entered in this case.

By Order of the Court