3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

### ORDER

United States District Court
Southern District of Texas
ENTERED

APR 1 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| ROSALINDA RINEHART § | |
| § | |
| VS. § | CIVIL ACTION NO. B-04-060 |
| § | |
| STATE FARM MUTUAL AUTOMOBILE § | |
| INSURANCE COMPANY § | |

TYPE OF CASE:        __X__ CIVIL                                        ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been continued as indicated below:**

TYPE OF PROCEEDING:

**INITIAL PRETRIAL CONFERENCE**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:                                                                        ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**           **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:            CONTINUED TO DATE AND TIME:

**JULY 6, 2004 AT 1:30 P.M.**                                  **AUGUST 4, 2004 AT 2:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   APRIL 12, 2004

TO:     MR. FRANK COSTILLA
        MR. ALEJANDRO J. GARCIA
        MR. DAN ALAN ERWIN, JR.