IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 6 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROSALINDA RINEHART | § § | |
| VS. | § § | CIVIL ACTION NO. B-04-060 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. | § § § | |

### DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and submits this Original Answer to Plaintiff's Original Petition for Declaratory Judgment (hereinafter referred to as "the Complaint") and for such would respectfully show as follows.

1. Defendant denies the allegations contained in paragraph 1 of the Complaint.

2. Defendant neither admits nor denies the allegations contained in paragraph 2 of the Complaint.

3. Defendant admits the allegations contained in paragraph 3 of the Complaint.

4. Defendant admits the allegations contained in paragraph 4 of the Complaint.

5. Defendant denies the allegations contained in paragraph 5 of the Complaint.

6. Defendant denies the allegations contained in paragraph 6 of the Complaint.

7. Defendant denies the allegations contained in paragraph 7 of the Complaint.

8. Defendant denies the allegations contained in paragraph 8 of the Complaint.

9. Defendant denies the allegations contained in paragraph 9 of the Complaint.

WHEREFORE, PREMISES CONSIDERED Defendant prays that Plaintiff's Original Petition be dismissed at Plaintiff's cost; and for such other and further relief to which Defendant may be entitled, either at law or in equity.

Respectfully submitted,

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520-8786
TEL/ (956) 542-5666
FAX/ (956) 542-0016

By: _____
D. ALAN ERWIN, JR.
Texas State Bar #06653020
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Defendant's Original Answer was served upon all counsel of record, to-wit:

Frank Costilla
Alejandro J. Garcia
LAW OFFICE OF FRANK COSTILLA, L.P.
5 East Elizabeth Street
Brownsville, Texas 78520

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 16th day of April, 2004.

_____
D. ALAN ERWIN, JR.
Attorney at Law