United States District Court
Southern District of Texas
FILED

APR 1 6 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSALINDA RINEHART | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-060 |
| | § | |
| STATE FARM MUTUAL | § | |
| AUTOMOBILE INSURANCE CO. | § | |

## DEFENDANT'S JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

The STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Defendant make this its Jury Demand in the above-styled and numbered cause.

Respectfully submitted,

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520-8786
TEL/ (956) 542-5666
FAX/ (956) 542-0016

By: _____
D. ALAN ERWIN, JR.
Texas State Bar #06653020
ATTORNEY FOR DEFENDANT

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Defendant's Original Answer was served upon all counsel of record, to-wit:

> Frank Costilla
> Alejandro J. Garcia
> **LAW OFFICE OF FRANK COSTILLA, L.P.**
> 5 East Elizabeth Street
> Brownsville, Texas 78520

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the __16th__ day of __April__, 2004.

_____
**D. ALAN ERWIN, JR.**
Attorney at Law