

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 0 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **ROSALINDA RINEHART** | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-04-060 |
| | § | |
| **STATE FARM MUTUAL** | § | |
| **AUTOMOBILE INSURANCE CO.** | § | |
| Defendant | § | |

## PLAINTIFF'S MOTION FOR REMAND

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff ROSALINDA RINEHART, files her Motion for Remand in this cause pursuant to 28 U.S.C. § 1447(c) and in support of said motion would respectfully show unto the Court the following, to-wit:

1. PLAINTIFF ROSALINDA RINEHART, filed suit in County Court at Law Number Two, Cameron County, Texas on March 18, 2004. On March 29, 2004, Defendant sought removal to federal court based on diversity of citizenship between the parties. Plaintiff moves this Court to remand the case back to the state court because the amount in controversy does not exceed the jurisdictional limits of $75,000.

2. Plaintiff's lawsuit was filed in state court pursuant to the Texas Declaratory Judgments Act, Chapter 37 of the Texas Civil Practice and Remedies Code, seeking a declaration that Defendant is liable for insurance coverage under the provisions of its auto liability policy with Plaintiff. The policy at issue relates to Plaintiff's 2003 Chevrolet Tahoe, VIN No. 1GNEK13Z43R161233 which was stolen in Matamoros, Mexico on December 27, 2003 and within 25 miles of the United States

border.

3. Defendant's notice of removal filed in this Court incorrectly states that Plaintiff alleged a cause of action for breach of contract and that the amount in controversy exceeds $75,000, exclusive of interests and costs. In fact, Plaintiff's Original petition seeks only a declaration that Defendant is responsible for coverage of Plaintiff's loss. If damages are implied by the declaration which Plaintiff seeks, the amount in controversy is less than $75,000. In support of the fact that the amount in controversy is less than $75,000, see the attached sworn affidavit of Rosalinda Rinehart.

WHEREFORE, Plaintiff requests that this case be remanded to the state court from which it was removed and that Plaintiff recover all costs, expenses, and attorneys fees incurred as a result of the improper removal.

Respectfully submitted,

**LAW OFFICES OF FRANK COSTILLA, L.P.**
5 East Elizabeth Street
Brownsville, Texas 78520
Telephone: (956) 541-4982
Facsimile: (956) 544-3152

_____
Frank Costilla
Federal I.D. No. 1509
State Bar No. 04856500
**Alejandro J. (Hondo) Garcia**
Federal ID No. 30411
State Bar No. 24004663

**ATTORNEYS FOR PLAINTIFF
ROSALINDA RINEHART**

## CERTIFICATE OF SERVICE

On this the 20th day of April, 2004, a true and correct copy of the above and foregoing document was sent to all counsel of record, as indicated below:

Mr. D. Alan Erwin, Jr.  
ROERIG, OLIVEIRA & FISHER, L.L.P.  
855 West Price Road, Suite 9  
Brownsville, Texas 78520

Via **CM/RRR #7003 1010 0003 6965 3398**

_/s/ Alejandro Garcia_  
Alejandro J. (Hondo) Garcia

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSALINDA RINEHART<br>    Plaintiff | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. B-04-060 |
| | § | |
| STATE FARM MUTUAL<br>AUTOMOBILE INSURANCE CO.<br>    Defendant | §<br>§<br>§ | |

## AFFIDAVIT OF ROSALINDA RINEHART

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF CAMERON | § |

BEFORE ME, the undersigned authority, on this day personally appeared ROSALINDA RINEHART, known to me to be the person who subscribed her name below, who, after having first been duly sworn by me, on oath deposes and says:

"My name is ROSALINDA RINEHART. I am over the age of twenty-one (21) years and I am competent in all respects to testify herein.

"On March 18, 2004, I caused to be filed a lawsuit in County Court at Law Number Two, Cameron County, Texas, styled *Rosalinda Rinehart v. State Farm Mutual Automobile Insurance Co.*, Cause No. 2004-CCL-347-B. In that petition, I sought a declaration from the court that Defendant would be liable for coverage of my stolen automobile under the provisions of the insurance policy I had with Defendant.

"The vehicle at issue is a 2003 Chevrolet Tahoe, VIN No. 1GNEK13Z43R161233. The vehicle was purchased in May 2003 at a cost of $30,000. Attached as Exhibits 1 and 2 to this Affidavit are the invoice and title application receipt for the vehicle reflecting the purchase price. At the time the vehicle was stolen, the amount I owed on the vehicle was less than $30,000. Thus, the amount in controversy in the lawsuit which I filed in state court is less than $75,000, because it would not exceed the value of the stolen vehicle. Moreover, attorneys' fees will not exceed $10,000.

"The only claim I made in the state court lawsuit was under the Uniform Declaratory Judgments Act, Texas Civil Practice and Remedies Code § 37.004. I did not and will not be making any other statutory claims that could be construed to bring the amount in controversy, including attorneys' fees, greater than $75,000. In fact, the amount in controversy is less than $40,000."

_____
ROSALINDA RINEHART

**SUBSCRIBED AND SWORN** to me by ROSALINDA RINEHART on this the 19th day of April, 2004, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

ROSALINDA M. GARZA
Notary Public, State of Texas
My Commission Expires
06-27-2005


EXHIBIT 1

# KELLOGG CHEVROLET, INC.
## KELLOGG HONDA
1801 INDUSTRIAL WAY • P.O. BOX 1910
SAN BENITO, TX 78586
956-399-2491

DEAL # 41822
DATE MAY 27, 03

SOLD TO: ROSALINDA RINEHART
ADDRESS 434 MCDAVITT
BROWNSVILLE, TX 78521

CUST. NO.
STOCK NO.
YEAR-MAKE 2003 CHEVROLET TRUCK TAHOE
MODEL
NEW OR USED: USED
SERIAL NO. 1GNEK13T13R161233
KEY NO.
INVOICE NO. 30270
SALESMAN HECTOR RODI

| | |
|---|---|
| PRICE OF VEHICLE | 30000.00 |
| DOC FEE | 50.00 |
| CREDIT LIFE | N/A |
| VEH INVENTORY TAX | 634.78 / N/A / 66.81 / N/A |
| SALES TAX | 468.75 |
| LICENSE AND TITLE | 16.50 |
| TOTAL CASH PRICE | 31236.84 |

22500.00  TRADE ALLOWANCE
23983.46  TRADE BALANCE
-1483.46  TRADE EQUITY

JAGUAR
2002 X-TYPE
SAJEA53D32XC76833
4 DOOR SEDAN

SETTLEMENT:
DEPOSIT              N/A
CASH ON DELIVERY    15000.00
USED CAR:-          -1483.46
SERIAL NO.

GMAC
PO BOX 660208
DALLAS TX 75266

PAYMENTS:           31220.30
TOTAL               31236.84

ALWAYS SHOW SERIAL, ENGINE AND KEY NUMBERS

**Texas Department of Transportation**

## TITLE APPLICATION RECEIPT

```
COUNTY: CAMERON                    TAC NAME: TONY YZAGUIRRE, JR.
STICKER NO: 2344460WD              DATE: 06/03/2003         EFFECTIVE DATE: 11/13/2002
PLATE NO: S51PMC                   TIME: 09:00AM            EXPIRATION DATE: 10/2003
DOCUMENT NO: 03120137773090055     EMPLOYEE ID: CAMC326     TRANSACTION ID: 03120137773090055

OWNER NAME AND ADDRESS
ROSALINDA RINEHART
434 MCDAVITT
BROWNSVILLE, TX 78521

                                   REGISTRATION CLASS: PASSENGER-LESS/EQL 6000
                                   PLATE TYPE: PASSENGER PLT
                                   STICKER TYPE: WS


VEHICLE IDENTIFICATION NO: 1GNEK13Z43R161233        VEHICLE CLASSIFICATION: PASS
YR/MAKE: 2003/CHEV   MODEL: KTA   BODY STYLE: LL    UNIT NO:
EMPTY WT: 5500       CARRYING CAPACITY: 0      GROSS WT: 5500    TONNAGE: 0.00    TRAILER TYPE:
BODY VEHICLE IDENTIFICATION NO:                              TRAVEL TRLR LNG/WDTH: 0
PREV OWNER NAME: KELLOGG CHEVROLET INC      PREV CITY/STATE: SAN BENITO, TX


                                   FEES ASSESSED
                                   TITLE APPLICATION FEE         $      13.00
VEHICLE RECORD NOTATIONS           SALES TAX FEE                 $     468.75
RELEASE OF PERSONAL INFO RESTRICTED TRANSFER                     $       2.50
ACTUAL MILEAGE                                          TOTAL    $     484.25

                                   METHOD OF PAYMENT AND PAYMENT AMOUNT:
                                        CHECK #79341            $     484.25

                                        TOTAL AMOUNT PAID       $     484.25


ODOMETER READING: 18988    BRAND: A       SALES TAX CATEGORY: SALES/USE
OWNERSHIP EVIDENCE: TEXAS TITLE
1ST LIEN           DATE: 05/27/2003              Sales Tax Date: 05/27/2003
GMAC                                                 Sales Price  $    30,000.00
P O BOX 8104                                Less Trade In Allowance $  22,500.00
COCKEYSVILLE, MD 21030-8104                        Taxable Amount $    7,500.00
                                                    Sales Tax Paid $     468.75
                                            Less Other State Tax Paid $     0.00
2ND LIEN                                              Tax Penalty $       0.00
                                                    TOTAL TAX PAID $     468.75
                                   Batch No: 2013777301    Batch Count: 4
3RD LIEN




                                   CERTIFICATE OF TITLE WILL BE MAILED TO 1st LIENHOLDER
                                   THIS RECEIPT TO BE CARRIED IN ALL COMMERCIAL VEHICLES.

THIS RECEIPT IS YOUR PROOF OF APPLICATION FOR CERTIFICATE OF TITLE AND REGISTRATION.
```

DUPLICATE

**EXHIBIT 2**

ORIGINAL
TR-500-RTS (REV. 3/2001) (DHT 157490)