IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 0 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROSALINDA RINEHART | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-04-060 |
| | § | |
| STATE FARM MUTUAL | § | |
| AUTOMOBILE INSURANCE CO. | § | |
|     Defendant | § | |

## PLAINTIFF'S CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

Subject to Plaintiff's Motion to Remand, Plaintiff hereby provides a list of the persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of the above-styled and numbered litigation other than Plaintiff Rosalinda Rinehart and Defendant State Farm Mutual Automobile Insurance Co.:

1.    General Motors Acceptance Corporation (GMAC)

Respectfully submitted,

LAW OFFICES OF FRANK COSTILLA, L.P.
5 East Elizabeth Street
Brownsville, Texas 78520
Telephone:  (956) 541-4982
Facsimile:  (956) 544-3152

_____
Frank Costilla
State Bar No. 04856500
Federal ID No. 1509
**Alejandro J. (Hondo) Garcia**
State Bar No. 24004663
Federal ID No. 30411

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

On this the 20th day of April, 2004, a true and correct copy of the above and foregoing document was sent to all counsel of record, as indicated below:

Mr. D. Alan Erwin, Jr.                              Via **Regular Mail**
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520

 

_____
Alejandro J. (Hondo) Garcia