IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

MAY 17 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| ROSALINDA RINEHART, Plaintiff, | § § § | |
| VS. | § § | CIVIL ACTION NO. B-04-060 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., Defendant. | § § § | |

TYPE OF CASE:        __x__ CIVIL        _____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

TYPE OF PROCEEDING:

HEARING ON PLAINTIFF'S MOTION TO REMAND AND REQUEST FOR COSTS AND ATTORNEY'S FEES BEFORE MAGISTRATE JUDGE JOHN WM. BLACK.

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNED PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:

UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TX

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME:

MAY 27, 2004 AT 1:30 P.M.

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MAY 13, 2004

TO:   FRANK COSTILLA JR.
      ALEJANDRO J. GARCIA
      DAN ALAN ERWIN JR.