9

United States District Court
Southern District of Texas
FILED

MAY 27 2004

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

HEARING ON PLAINTIFF'S MOTION TO REMAND
AND REQUEST FOR COSTS AND ATTORNEY'S FEES

| | |
|---|---|
| CIVIL ACTION NO. B-04-060 | DATE & TIME: 05-27-04 AT 1:30 P.M. |
| ROSALINDA RINEHART | PLAINTIFF(S) FRANK COSTILLA, JR.<br>COUNSEL ALEJANDRO GARCIA |
| VS. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. | DEFENDANT(S) DAN ALAN ERWIN, JR.<br>COUNSEL |

---

Agreed Order to Remand filed. Hearing will not be necessary.