THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSALINDA RINEHART | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-04-060 |
| | § | |
| STATE FARM MUTUAL | § | |
| AUTOMOBILE INSURANCE CO. | § | |
|     Defendant | § | |

### AGREED ORDER TO REMAND

On this day came to be heard, Defendant's Motion to Remand. After due consideration by the Court and the agreement of the parties to remand the above-styled and numbered cause of action to State Court, the Court finds that this case shall be remanded to the State Court.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the above-styled and numbered cause of action shall be REMANDED to the State Court for further proceedings.

SIGNED ON this the 27th day of May, 2004.

_____
UNITED STATES DISTRICT JUDGE

AGREED TO:

_____
Alejandro J. "Hondo" Garcia
Counsel for Plaintiff Rosalinda Rhinehart

_____
D. Alan Erwin, Jr.
Counsel for Defendant State Farm
Mutual Insurance Co.